B6J (Official Form 6J) (12/07)

IN RE **MARTINEZ PEREZ, RAFAEL & CORTES TORRES, LUZ ESTRELLA**   Case No. **10-05390-13**
               Debtor(s)                                                              (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)   $ **537.25**
    a. Are real estate taxes included?   Yes ___   No **✓**
    b. Is property insurance included?   Yes ___   No **✓**
2. Utilities:
    a. Electricity and heating fuel   $ **354.03**
    b. Water and sewer   $ **125.00**
    c. Telephone   $ _____
    d. Other **Cellular**   $ **60.00**
                                         $ _____
3. Home maintenance (repairs and upkeep)   $ _____
4. Food   $ **200.00**
5. Clothing   $ **25.00**
6. Laundry and dry cleaning   $ _____
7. Medical and dental expenses   $ **300.00**
8. Transportation (not including car payments)   $ _____
9. Recreation, clubs and entertainment, newspapers, magazines, etc.   $ **45.00**
10. Charitable contributions   $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)   $ _____
    a. Homeowner's or renter's   $ **36.72**
    b. Life   $ _____
    c. Health   $ _____
    d. Auto   $ _____
    e. Other _____   $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)   $ _____
    (Specify) _____   $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)   $ _____
    a. Auto   $ **1,307.00**
    b. Other **RG Mortgage-18 Monseñor Berrios, Caguas**   $ **1,024.00**
              **RG Mortgage-4 Ponce De Leon, Caguas**   $ _____
14. Alimony, maintenance, and support paid to others   $ _____
15. Payments for support of additional dependents not living at your home   $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)   $ **3,004.00**
17. Other _____   $ _____
                                         $ _____

18. **AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.   $ **7,018.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

20. **STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I   $ **7,468.00**
    b. Average monthly expenses from Line 18 above   $ **7,018.00**
    c. Monthly net income (a. minus b.)   $ **450.00**

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE MARTINEZ PEREZ, RAFAEL & CORTES TORRES, LUZ ESTRELLA _____ Case No. __10-05390-13__
            Debtor(s)                                                                    (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**18**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: __8/6/2010__      Signature: _Rafael Martinez Perez_                                    Debtor
                                  RAFAEL MARTINEZ PEREZ

Date: __8/6/2010__      Signature: _Luz Estrella Cortes Torres_                               (Joint Debtor, if any)
                                  LUZ ESTRELLA CORTES TORRES              [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       Social Security No. (Required by 11 U.S.C. § 110.)
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____       _____
Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____       Signature: _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only