IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-05390 ESL

RAFAEL MARTINEZ PEREZ

Chapter 13

LUZ ESTRELLA CORTES TORRES

XXX-XX-0890

XXX-XX-8918

**FILED & ENTERED ON 07/15/2011**

Debtor(s)

ORDER AND NOTICE

A hearing is hereby scheduled for 09/07/2011 at 02:00 P.M. to consider the following:

1- Debtor's motion for post confirmation modification of plan dated 04/20/2011 (#31)

2- Trustee's unfavorable recommendation (#36)

3- Motion to dismiss filed by Trustee (#45)

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 15 day of July, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: All creditors